No. 6384. Morgan v. Null et al. C. A. 2d Cir. Certiorari denied.

No. 6388. Harkey v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 766. Turner, Attorney General of Iowa, et al. v. Wilhelm et al. C. A. 8th Cir. Certiorari denied. Mr. Justice Blackmun took no part in the consideration or decision of this petition.

No. 950. Otter Tail Power Co. v. Federal Power Commission et al. C. A. 8th Cir. Certiorari denied. The Chief Justice and Mr. Justice Blackmun took no part in the consideration or decision of this petition.

No. 991. Koserkoff v. Chesapeake & Ohio Railway Co. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 1067. First National Bank of Cornelia v. Jackson, Superintendent of Banks of Georgia, et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 1069. Weil, aka Gideon, et al. v. United States. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 1078. Herpich et al. v. Wilder et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.